EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 24 2002

at /0 o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. CR02-00431 DAE |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. § 2113(a)] |
| ROBERT ENOKA TORRES, | ) | |
| Defendant. | ) | |

## I N D I C T M E N T

### Count 1

The Grand Jury charges that:

On or about October 9, 2002, in the District of Hawaii, defendant ROBERT ENOKA TORRES, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of the Hawaii National Bank, a bank as defined in Title 18, United States Code,

Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

## Count 2

The Grand Jury further charges that:

On or about October 10, 2002, in the District of Hawaii, defendant ROBERT ENOKA TORRES, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of the American Savings Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

## Count 3

The Grand Jury further charges that:

On or about October 11, 2002, in the District of Hawaii, defendant ROBERT ENOKA TORRES, by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of

//
//
//
//
//

the Bank of Hawaii, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: October 24, 2002 at Honolulu, Hawaii.
A TRUE BILL

/s/
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney

United States v. ROBERT ENOKA TORRES
Cr. No.
"INDICTMENT"