EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Violent Crimes

WES REBER PORTER
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Wes.Porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00431 DAE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| ROBERT ENOKA TORRES, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses Count 1 of the Indictment against Defendant Robert Enoka Torres on the ground that pursuant to his plea agreement, Count 1 of the Indictment was to be dismissed at the sentencing. Defendant

entered guilty pleas and was sentenced upon Counts 2 and 3 of the Indictment.

The defendant is in custody on the sentenced counts as well as the dismissed charge listed above.

DATED: August 22, 2003, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By /s/
   WES REBER PORTER
   Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DAVID ALAN EZRA
_____
CHIEF, U.S. DISTRICT JUDGE

APPROVED:

/s/ William M. Domingo
WILLIAM M. DOMINGO, ESQ.
Attorney for Defendant
ROBERT ENOKA TORRES

United States v. ROBERT ENOKA TORRES
Cr. No. 02-00431 DAE
"Order for Dismissal"